UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS DANIEL STANALAND, | ) | |
| | ) | |
| Appellant, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| JOSEPH A. BLEDSOE, III, DOUGLAS WAYNE STANALAND, DEBORAH WELLS STANALAND, DOUGLAS WAYNE STANALAND, II, and KAREN STANALAND SMALLS | ) ) ) ) ) ) | Case No. 7:21-cv-204-D |
| | ) | |
| Appellees. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS appellee Joseph A. Bledsoe, III's motion to dismiss for lack of prosecution [D.E. 11]. The court declines to award costs. The clerk shall close the case.

**This Judgment Filed and Entered on May 3, 2022, and Copies To:**

| | |
|---|---|
| Marcus Daniel Stanaland | (Sent to 1840 Beach Drive SW Calabash, NC 28467 and Rt 1, Box 356 Shallotte, NC 28459 via US Mail) |
| Joseph A. Bledsoe, III | (via CM/ECF electronic notification) |
| Richard Preston Cook | (via CM/ECF electronic notification) |
| Christopher T. Vonderau | (via CM/ECF electronic notification) |
| William F. Hill | (via CM/ECF electronic notification) |

DATE                            **PETER A. MOORE, JR., CLERK**

May 3, 2022       By:    /s/ Nicole Sellers

                                          Deputy Clerk